UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LASANDRA HAWKINS | CIVIL ACTION |
| VERSUS | |
| THE KMW GROUP, INC. | NO. 12-169-BAJ-SCR |

**RULING**
**and ORDER OF REMAND**

The Court has carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 27, 2012 (doc. 10), to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to remand (doc. 6) is **GRANTED** and this matter is hereby **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, September 18, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC